UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEON EDWARD MERONK,

Plaintiff,

-vs-　　　　　　　　　　　　　　　　　　　　　　　Case No. 6:12-cv-1040-Orl-18KRS

SOCIAL SECURITY ADMINISTRATION,

Defendant.

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The motion is **DENIED** without prejudice and the Court **DISMISSES** the case without prejudice. Plaintiff has fourteen days from the date of this order to file an amended complaint and refile a motion to proceed *in forma pauperis*. Failure to file an amended complaint within the time permitted by the Court will result in dismissal of the case without further notice.

It is **SO ORDERED** in Orlando, Florida, this 14 day of August, 2012.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Leon Edward Meronk
General Delivery
U.S. Post Office
3415 W. Lake Mary Blvd.
Lake Mary, FL 32746